IN THE UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

ROBERT HAVILAND, :
:
     Petitioner :
:
v. : CIVIL NO. 3:CV-15-1838
:
SUPERINTENDENT CAMERON, : (Judge Conaboy)
:
     Respondent :

## MEMORANDUM
### Background

    Robert Haviland, an inmate presently confined at the State Correctional Institution, Houtzdale, Pennsylvania (SCI-Houtzdale), filed this pro se petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.[1] His action challenges the legality of his guilty plea to charges of possession with intent to deliver a controlled substance, delivery of a controlled substance, and driving under the influence on February 2, 2012 in the Schuylkill County Court of Common Pleas.

    By Order dated October 27, 2015, Petitioner's incorporated request that disposition of his pending habeas corpus petition be stayed was granted.

    Petitioner has filed a letter indicating that his case should be reopened. In accordance with the October 27, 2015 Order, Petitioner is directed to file a written status report

---

    [1] The Petition is dated September 8, 2015 and will be deemed filed as of said date.

1

with the Court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the Superior and/or Supreme Court's disposition.

Following receipt and review of the Petitioner's status report, this matter will be reopened, if appropriate.

AND NOW, THEREFORE, THIS 24th DAY OF NOVEMBER, 2016, IT IS HEREBY ORDERED THAT:

> Petitioner is directed to file a written status report with the Court detailing the conclusion of his Pennsylvania state court exhaustion efforts and including a copy of the Superior and/or Supreme Court's disposition.

_____
RICHARD P. CONABOY
United States District Judge

2